UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 01-901 MJD/SRN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SCOTT B. RYDMAN, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court following issuance of a bench warrant for defendant's failure to appear at a court ordered debtor's examination. Defendant has now complied with the requirements of the debtor's examination, and, accordingly,

IT IS HEREBY ORDERED that the bench warrant be discharged.

Ordered this 27 day of June, 2002.

UNITED STATES MAGISTRATE JUDGE

JUN 28 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK