UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-901 MJD/SRN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT B. RYDMAN,<br><br>Defendant,<br><br>PREMIER BANK ROCHESTER,<br><br>Garnishee. | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee and on the defendant. The garnishee indicates that the defendant has no funds in his bank accounts.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on October 18, 2002, is hereby released.

Dated: October 28, 2002

Susan Richard Nelson
Magistrate Judge
United States District Court

FILED OCT 2 8 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK