UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-901 MJD/SRN

RECEIVED BY U.S. MAIL
2005 AUG 19 AM 9:27
U.S. DISTRICT COURT MINNEAPOLIS, MN

UNITED STATES OF AMERICA, Plaintiff,

v.

SCOTT B. RYDMAN, Defendant,

and

THINK FEDERAL CREDIT UNION, Garnishee.

ANSWER OF THE GARNISHEE (NON-EARNINGS)

Think Federal Credit Union, being duly sworn, deposes and says:

**If Garnishee is an individual:**

That he/she is Garnishee herein doing business in the name of ______________________________.
(Provide full name and address of business)

**If Garnishee is a partnership:**

That he/she is a member of ______________________________,
(Full name/address of partnership)

a partnership, of which Garnishee is a partner.

**If Garnishee is a corporation:**

That he/she is the General Counsel (Title) of Garnishee, Think Federal Credit Union, 5200 Members Parkway NW Rochester, MN 55901 (Full name/address of corporation), a ~~corporation~~ credit union, organized under the

SCANNED
AUG 19 2005
U.S. DISTRICT COURT MPLS

laws of the ~~State~~ United States of America.

On August 16, 2005, Garnishee was served with the Writ of Garnishment. If, **as of the date of service of said Writ**, Garnishee was in custody, control of possession of non-earnings' property in which the above-named defendant has financial or legal interest, proceed to Number 1 below. If, as of the date of service of said Writ, Garnishee was not in custody, control or possession of such property, sign, date, notarize, and return this Answer of the Garnishee.

1. For non-earnings' property presently in your custody, control or possession, indicate:

| Description of Property | Value of Property | Debtor's Interest in Property |
|---|---|---|
| | $ | |
| | | |
| | | |

**Total Value of Property** $ ____________

2. If the non-earnings' property listed above is currently subject to previously-served garnishments or court orders, provide the information requested below: (If the noted non-earnings' property is not currently subject to any previously-served garnishments/orders, write "$0.00" on the "Total Due Under Previously-Served Garnishments/Orders" line below.)

| Description of Previously-Served Garnishment/Order | Amount Due Under Previously-Served Garnishment/Order |
|---|---|
| | $ |
| | $ |

______________________________ $ ______________________________

**<u>Total</u> Due Under Previously-Served Garnishments/Orders** $ ______________________________

3. Determine the extent to which the non-earnings' property presently in your custody, control or possession is available for this garnishment:

a. Enter the amount listed on the "Total Value of Property" line in Number 1 above. $ ____________________

b. Enter the amount listed on the "Total Due Under Previously-Served Garnishments/Orders" line in Number 2 above (including "$0.00"). $ ____________________

c. **Current Non-Earnings' Property Available for this Garnishment** (subtract line "b" from line "a")

$ ____________________

If you do <u>not</u> claim an exemption, objection, defense or set-off against the amount stated on Line "c" above, you must now retain that amount, up to the total debt balance due as set forth in the Writ of Garnishment, pending further order of the Court. (Note, the debtor is responsible under this garnishment for <u>all</u> interest that accrues on this debt through the date on which payment in full is sent to the defendant.)

If you do contend that some portion of the amount listed on Line "c" above is not subject to this garnishment, indicate the reason(s) for your contention:

_____The Garnishee claims, on behalf of the judgment debtor, the exemption noted on Line ______ of the Claim for Exemption Form. The amount the Garnishee contends is available from current non-earnings' property for this garnishment is $ ____________.

_____The Garnishee claims the following objection, defense or right to set-off from the non-earnings' property available for this garnishment: ______________________________________________. The amount the Garnishee contends is available from current non-earnings' property for this garnishment is $________________.

---

The Garnishee mailed a copy of the Answer of Garnishee, by first-class mail, to:

Counsel for United States at:
United States Attorney's Office
Att: Financial Litigation Unit
600 Federal Courthouse
300 South Fourth Street
Minneapolis, Minnesota 55415

The Debtor, at:

Scott B. Rydman
XXXXX
Rochester, MN 55906-4006

The Garnishee sent the original Answer of Garnishee, by first-class mail, to :

Clerk of United States District Court
202 Federal Courthouse
300 South Fourth Street
Minneapolis, Minnesota 55415

x________________________________
Garnishee
Steven M. Spohn

SUBSCRIBED and SWORN to before me this

16 day of August, 2005.

________________________________
NOTARY PUBLIC

ANNIE M. STEINKAMP
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 1-31-2008

Think
Federal Credit Union
PO BOX 5949
ROCHESTER, MN 55903-5949
507-288-3425 800-288-3425
www.thinkcu.com
E-mail: think@thinkcu.com
Formerly IBM Mid America EFCU

August 16, 2005

RECEIVED
BY U.S. MAIL
2005 AUG 19 AM 9:27
U.S. DIST COURT
MINNEAPOLIS, MN

Clerk of United States District Court
202 Federal Courthouse
300 South Fourth Street
Minneapolis, MN 55415

**RE: United States of America vs.
Scott B. Rydman
Civil No. 01-901 MJD/SRN**

Dear Sir or Madam:

Enclosed please find our Answer of Garnishee regarding the above-entitled matter. We do not currently have any accounts or other assets of the Defendant in our possession. Please let me know if there is anything else you need.

Very truly yours,

Steven M. Spohn,
General Counsel

cc: United States Attorney's Office
Scott B. Rydman