UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-901 MJD/SRN

UNITED STATES OF AMERICA,
Plaintiff,
v.
SCOTT B. RYDMAN,
Defendant,
THINK FEDERAL CREDIT UNION,
Garnishee.

**GARNISHMENT ORDER**

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee and on the defendant. The garnishee indicates it currently is not in possession of any property in which defendant has a substantial non-exempt interest.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on August 16, 2005, is hereby released.

Dated: September 1, 2005

s/ Susan Richard Nelson
Susan Richard Nelson
U.S. Magistrate Judge