UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-901 MJD/SRN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT B. RYDMAN,<br><br>Defendant,<br><br>PREMIER BANK,<br><br>Garnishee. | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee and on the defendant. The garnishee indicates it currently is not in possession of any property in which defendant has a substantial non-exempt interest.

THEREFORE, IT IS ORDERED that the Writ of Garnishment served on August 16, 2005, is hereby released.

Dated: September 1, 2005

s/ Susan Richard Nelson
Susan Richard Nelson
U.S. Magistrate Judge